**Electronically Filed
Supreme Court
SCWC-15-0000841
21-JUN-2017
12:44 PM**

SCWC-15-0000841

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ARTHUR BIRANO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000841; S.P.P. NO. 09-1-0040; CR. NO. 01-1-1154)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting, C.J., McKenna, Pollack, and Wilson, JJ.
and Circuit Judge Ayabe, in place of Recktenwald, C.J., recused)

Petitioner/Petitioner-Appellant's Application for Writ of Certiorari filed on May 10, 2017, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 21, 2017.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

